IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, MERZ PHARMACEUTICALS GMBH, and ADAMAS PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., WOCKHARDT USA LLC, WOCKHARDT BIO AG, WOCKHARDT LTD., SUN PHARMA GLOBAL FZE, and SUN PHARMACEUTICAL INDUSTRIES, LTD., <br><br> Defendants. | C.A. No. 14-121 (LPS) |
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., and ADAMAS PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX CORP., APOTEX INC.,ZYDUS PHARMACEUTICALS (USA), INC., CADILA HEALTHCARE LTD. (d/b/a/ ZYDUS CADILA), PAR PHARMACEUTICAL, INC., ANCHEN PHARMACEUTICALS, INC. and ACTAVIS LABORATORIES FL, INC., <br><br> Defendants. | C.A. No. 14-200 (LPS) |

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD. and ADAMAS PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RANBAXY INC., RANBAXY LABORATORIES LIMITED and TEVA PHARMACEUTICALS USA, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. 14-686 (LPS) ) ) ) ) ) ) ) |

## **STIPULATION AND ORDER**

IT IS HEREBY STIPULATED, subject to the approval of the Court, that the Scheduling Order dated June 10, 2015 entered in these actions shall be amended as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| *Daubert* motions | January 11, 2016 | January 15, 2016 |
| File motions *in limine* | January 14, 2016 | January 15, 2016 |
| Oppositions to motions *in limine* | January 21, 2016 | January 25, 2016 |
| Oppositions to *Daubert* motions | | January 25, 2016 |
| Reply to motions *in limine* | January 28, 2016 | February 1, 2016 |
| Reply to *Daubert* motions | | February 1, 2016 |

All other dates in the Scheduling Order remain unchanged.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | COZEN O'CONNOR |
| */s/ Maryellen Noreika* | */s/ Joseph J. Bellew* |
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com | Joseph J. Bellew (#4816)<br>1201 North Market Street, Suite 1001<br>Wilmington, DE 19801<br>(302) 295-2025<br>jbellew@cozen.com<br><br>*Attorneys for Defendants Apotex Corp. and Apotex Inc.* |
| *Attorneys for Plaintiffs* | |

POTTER ANDERSON & CORROON LLP

*/s/ Bindu A. Palapura*

Richard L. Horwitz (#2246)
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

SO ORDERED this _____ day of January 2016.

_____
UNITED STATES DISTRICT JUDGE

3