IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, MERZ PHARMACEUTICALS GMBH, and ADAMAS PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., WOCKHARDT USA LLC, WOCKHARDT BIO AG, WOCKHARDT LTD., SUN PHARMA GLOBAL FZE, and SUN PHARMACEUTICAL INDUSTRIES, LTD., <br><br> Defendants. | : | C.A. No. 14-121-LPS |
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., and ADAMAS PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX CORP., APOTEX INC., ZYDUS PHARMACEUTICALS (USA), INC., CADILA HEALTHCARE LTD. (d/b/a/ ZYDUS CADILA), PAR PHARMACEUTICAL, INC., ANCHEN PHARMACEUTICALS, INC., and ACTAVIS LABORATORIES FL, INC., <br><br> Defendants. | : | C.A. No. 14-200-LPS |

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, MERZ PHARMACEUTICALS GMBH, and ADAMAS PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMNEAL PHARMACEUTICALS LLC, AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, AMERIGEN PHARMACEUTICALS, INC., AMERIGEN PHARMACEUTICALS LTD., and MYLAN PHARMACEUTICALS INC., <br><br> Defendants. | C.A. No. 14-508-LPS |
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., and ADAMAS PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RANBAXY INC., RANBAXY LABORATORIES LIMITED, and TEVA PHARMACEUTICALS USA, INC., <br><br> Defendants. | C.A. No. 14-686-LPS |

| | |
|---|---|
| FOREST LABORATORIES, LLC, FOREST LABORATORIES HOLDINGS, LTD., and ADAMAS PHARMACEUTICALS, INC., <br><br>  Plaintiffs, <br><br> v. <br><br> LUPIN LIMITED, LUPIN PHARMACEUTICALS, INC., PAR PHARMACEUTICAL, INC., ANCHEN PHARMACEUTICALS, INC., AMERIGEN PHARMACEUTICALS, INC., and AMERIGEN PHARMACEUTICALS LTD., <br><br>  Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : C.A. No. 14-1058-LPS <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| FOREST LABORATORIES, LLC, FOREST LABORATORIES HOLDINGS, LTD., and ADAMAS PHARMACEUTICALS, INC., <br><br>  Plaintiffs, <br><br> v. <br><br> AMERIGEN PHARMACEUTICALS, INC., and AMERIGEN PHARMACEUTICALS LTD., <br><br>  Defendants. | : <br> : <br> : <br> : <br> : <br> : C.A. No. 14-1271-LPS <br> : <br> : <br> : <br> : <br> : |

## ORDER

At Wilmington, this **5th** day of **January, 2016**:

For the reasons set forth in the Memorandum Opinion issued this date,

**IT IS HEREBY ORDERED** that the claim terms are construed as follows:

1

| Claim Term | Court's Construction |
|---|---|
| entry . . . into a use environment | "contact of a formulation with the gastric fluids of the patient to whom it is administered or with a fluid intended to simulate gastric fluid" |
| immediate release form of memantine | "the present commercially available 5 mg and 10 mg tablets (i.e., Namenda from Forest Laboratories, Inc. or formulations having substantially the same release profiles as Namenda)" |
| a modified release solid oral dosage form | "a solid oral dosage form that sustains the release of the active ingredient over an extended period of time as compared to an immediate release dosage form" |
| substantially contributing to the modification of the release | "contributing a substantial amount to modifying the release of memantine, as opposed to having little or no impact on the modification of the release" |
| plasma memantine concentration profile | "plasma memantine concentration profile" |
| change in memantine concentration as a function of time (dC/dT) that is less than 50% that of an immediate release dosage form comprising the same dose of memantine as the composition | Indefinite |
| change in plasma concentration as a function of time (dC/dT) in a defined time period of 0 to 6 hours after administration ... that is less than about 50% of the dC/dT provided by the same quantity of an immediate release form of memantine in said defined time period | Indefinite |
| the dC/dT is measured between the time period of 0 to Tmax of the immediate release form of memantine | "the dC/dT is measured between the time period of 0 to Tmax of the immediate release form of memantine" |

2

| | |
|---|---|
| **comprising an extended release formulation of 22.5 mg to 33.75 mg memantine, or a pharmaceutically acceptable salt thereof** | "comprising 22.5 mg to 33.75 mg memantine, or a pharmaceutically acceptable salt thereof, in an extended release formulation" |

**IT IS FURTHER ORDERED** that (1) Plaintiffs' Motion to Strike the Reply Declaration of Richard F. Bergstrom and the Related Portions of Defendants' Reply Claim Construction Brief (D.I. 135) is **DENIED** and (2) Plaintiffs' request for leave to file their Response to the Reply Declaration of Dr. Richard F. Bergstrom and Defendants' Reply Claim Construction Brief (D.I. 135 Ex. 1) is **GRANTED** (and such Response is hereby deemed filed).

HON. LEONARD P. STARK
UNITED STATES DISTRICT JUDGE

3