

February 14, 2016

**VIA ECF**

**Joseph J. Bellew**

Direct Phone  302-295-2025
Direct Fax     215-701-2431
jbellew@cozen.com

The Honorable Leonard P. Stark
United States District Court
   For the District of Delaware
844 North King Street
Wilmington, DE  19801

     Re:   *Forest Laboratories et al. v. Apotex Corp., et al.; C.A. No. 14-200 (LPS)*

Dear Chief Judge Stark:

    I write on behalf of Defendants Apotex Corp. and Apotex Inc. (collectively, "Apotex") pursuant to Your Honor's February 12, 2016 Oral Order requesting letter briefing regarding the proposed Stipulation and Order of Dismissal (D.I. 217) filed by Apotex and Plaintiffs.  Apotex supports that Stipulation and Order, including the provisions set forth in paragraph 6 of the stipulation and paragraph 5 of the order requesting a vacatur of the Court's claim construction order with respect to all Defendants other than Teva.

    As an initial matter, Apotex hereby joins Plaintiffs' letter of today on this issue. Further, to the extent the Court determines that Apotex does not have standing to assert vacatur as to defendants other than Apotex, Apotex asserts that vacatur as to Apotex alone is proper and warranted under the circumstances.

    Apotex thus respectfully requests that the Court enter the Stipulation and Order (D.I. 217), at least as it applies to Apotex.

    Respectfully Submitted,

    COZEN O'CONNOR

    */s/ Joseph J. Bellew*
    By:   Joseph J. Bellew

cc:   Clerk of Court (*Via Hand Delivery*)
      All Counsel of Record (*Via Electronic Mail*)